# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DAVID ALLEN KNIGHT, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. CIV-19-694-G |
| JIMMY MARTIN, Warden, | ) ) ) |
| Respondent. | ) |

## ORDER

Magistrate Judge Gary M. Purcell issued a Report and Recommendation ("R. & R.") in this matter on July 30, 2019 (Doc. No. 5). Judge Purcell recommends that the Court: 1) deny Petitioner's application for leave to proceed in forma pauperis; 2) order Petitioner to pay the $5.00 filing fee; and 3) dismiss this action if Petitioner fails to pay the filing fee. Petitioner has filed an Objection to the R. & R. (Doc. No. 7) in which Petitioner notes that he has now paid the $5.00 filing fee.

Having reviewed the matter de novo, the Court ACCEPTS and ADOPTS the R. & R. Consistent with Judge Purcell's recommendation, and in light of Petitioner's payment of the filing fee, *see* Doc. No. 6, Petitioner's application for leave to proceed *in forma pauperis* (Doc. No. 2) is DENIED. Payment of the filing fee renders the R. & R.'s other recommendations moot.

This matter is re-referred to Judge Purcell for all proceedings consistent with the original referral.

IT IS SO ORDERED this 29th day of August, 2019.

*(signed)* CHARLES B. GOODWIN
United States District Judge